UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/09
```

MERRILL LYNCH CAPITAL SERVICES, INC.,

                Plaintiff,

-v-

UISA FINANCE, *et al.*,

                Defendants.

No. 09 Civ. 2324 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the letters from Plaintiff and Defendants submitted to the Court in compliance with its May 1, 2009 Order. The Parties are hereby ordered to appear for a telephone conference to be held on Wednesday May 20, 2009 at 2:30 p.m. Counsel for the parties are directed to gather on one conference phone line and call chambers at (212) 805-0264 when all are present.

SO ORDERED.

Dated:     May 11, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE