UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/09
```

MERRILL LYNCH CAPITAL SERVICES, INC.,

                       Plaintiff,

-v-

UISA FINANCE, *et al.*,

                       Defendants.

No. 09 Civ. 2324 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

     As stated by the Court at the conference held before it on May 20, 2009, the Court hereby adopts the following briefing schedule:

>   Plaintiff's motion for summary judgment and motion to dismiss Defendants' counterclaims and accompanying joint memorandum of law, which shall not exceed twenty-five pages in length, shall be filed no later than June 3, 2009.

>   Defendants' opposition memorandum to Plaintiff's motions, which shall not exceed twenty-five pages in length, shall be filed no later than July 3, 2009.

>   Plaintiff's reply, which shall not exceed ten pages in length, shall be filed no later than July 17, 2009.

The Parties are reminded to adhere to my Individual Practices, Rule 2.C., regarding the provision of courtesy copies of all motion papers.

SO ORDERED.

Dated:    May 20, 2009
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE